UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-cr-00090-LRH-LRL |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| GHANI AHSAN, ) | |
| ) | |
| Defendant. ) | |

Before the court is Defendant Ahsan's Review and Appeal to District Court of Magistrate Judge's Detention Order Pursuant to 18 U.S.C. § 3145(B) (#123[1]) and Government's Response (#128). The court has conducted a de novo review of the evidence before the Magistrate at the detention hearing held before the Magistrate on February 28, 2009, and at the hearing upon Defendant's motion to reopen detention hearing on August 3, 2009. The court has also considered the evidence and pleadings which were presented to the Magistrate Judge.

The court has conducted a de novo review of such evidence and has considered all of the evidence, pleadings and factors required under 18 U.S.C. § 3142 and reaches its independent determination that the Magistrate Judge's findings are correct. The court finds by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community in the event he is not detained and that there is also a serious risk that the defendant will not appear.

The court finds that there is probable cause to believe that the defendant poses a serious

---

[1]Refers to court's docket number.

risk of flight if granted pretrial release.  The court further finds that there are no conditions or combination of conditions of release that would reasonably assure the appearance of the defendant at trial.

Good cause appearing, the defendant's Review and Appeal to District Court of Magistrate Judge's Detention Order (#123) is denied, and

IT IS ORDERED that the defendant shall be detained pending trial.  The court will consider accelerating the scheduled trial date of December 8, 2009, upon request of either party.

DATED this 2nd day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE