UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GHANI AHSAN a/k/a GUY ATKINS, )<br>)<br>Defendant. )<br>_____ ) | 2:05-cr-00090-LRH-LRL<br><br>**O R D E R** |

Before the court are defendant Guy Atkins' Motion to Order Hunterton & Associates to Provide All of Defendant's Discovery Materials (#159, filed January 18, 2011) and Letter (#160), in which Atkins requests copies of all discovery in his now closed criminal case. C. Stanley Hunterton of Hunterton & Associates filed a Response (#162) in which he states that on January 25, 2011, he forwarded copies of all his discovery materials to Atkins at his prison address. Government counsel filed a Response (#161), stating that the government took no position on whether the court should order defense counsel to send the discovery to Atkins.

Also before the court is Atkins' Motion to Get All Discovery Materials Pertaining to Case 2:05-cr-00090-LRH-LRL (#163, filed February 7, 2011), in which he prays for an order directing Hunterton & Associates and the government to furnish "ALL materials related to [the criminal case], including but not limited to Plea Agreements, Sentencing Memorandums, PSI report, letters from the defendant to the Judge, letters from family and friends (which was included in Attorney's sentencing memorandum's) and also ALL discovery...." In his Response (#164), Hunterton reports that as of February 23, 2011, he had forwarded all the contents of every file he had on the criminal case to Atkins' prison address. In its Response (#165), the government explains that it previously employed a copy service to copy all the documents in the government's possession and made them available to

defendant's counsel for review and copying. Atkins filed a Reply (#166) to the government's Response. However, on March 10, 2011, Atkins filed a Motion to Withdraw his Reply (#167).

Happily, the defendant now has copies of all the materials his lawyer and the prosecutor had. Neither has anything more to produce.

Accordingly,

IT IS ORDERED that defendant's Motion to Order Hunterton & Associates to Provide All of Defendant's Discovery Materials (#159) and Motion to Get All Discovery Materials Pertaining to Case 2:05-cr-00090-LRH-LRL (#163) are denied as moot. The defendant's Motion to Withdraw Reply (#167) is granted.

DATED this 14th day of March, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**